IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| EDUARDO L. LOCKLEY, | : | |
| Petitioner, | : | |
| VS. | : | NO. 5:10-CV-383 (MTT) |
| Warden CLAY TATUM, | : | |
| Respondent. | : | **O R D E R** |

    Before the Court is Petitioner **EDUARDO L. LOCKLEY'S** motion for leave to proceed *in forma pauperis* on appeal (Doc. 22). By Order dated September 17, 2012 (Doc. 19), the undersigned adopted the recommendation of the Magistrate Judge that Petitioner's 28 U.S.C. § 2254 motion be denied and that Petitioner be denied a certificate of appealability ("COA"). Because this Court has held that Petitioner is not entitled to a COA, his motion to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

    **SO ORDERED**, this 1st day of November, 2012.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT

clr